No. D–2541. In re Disbarment of Simring. Disbarment entered. [For earlier order herein, see *ante*, p. 814.]

No. D–2550. In re Disbarment of Bagdasarian. Disbarment entered. [For earlier order herein, see *ante*, p. 815.]

No. D–2560. In re Dean. Joseph Wayne Dean, of Raleigh, N. C., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on October 4, 2010 [*ante*, p. 817], is discharged.

No. 137, Orig. Montana *v.* Wyoming et al. Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Justice Kagan took no part in the consideration or decision of this motion. [For earlier order herein, see, *e. g., ante*, p. 979.]

No. 09–529. Virginia Office for Protection and Advocacy *v.* Stewart, Commissioner, Virginia Department of Behavioral Health and Developmental Services, et al. C. A. 4th Cir. [Certiorari granted *sub nom. Virginia Office for Protection and Advocacy* v. *Reinhard*, 561 U. S. 1005.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Justice Kagan took no part in the consideration or decision of these motions.

No. 09–1279. Federal Communications Commission et al. *v.* AT&T Inc. et al. C. A. 3d Cir. [Certiorari granted, 561 U. S. 1057.] Motion of the Acting Solicitor General to dispense with printing the joint appendix granted. Justice Kagan took no part in the consideration or decision of this motion.

No. 10–218. PPL Montana, LLC *v.* Montana. Sup. Ct. Mont.; and

No. 10–272. John Crane Inc. *v.* Atwell, Executor of the Estate of Atwell, Deceased. Super. Ct. Pa. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.